IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID and HEATHER JOHNS, h/w, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendants. | CASE NO.: 3:17-cv-05014-RBL<br><br>NOTICE OF VOLUNTARY DISMISSAL |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs David and Heather Johns hereby voluntarily dismiss the above captioned action, without prejudice.

Dated: February 9, 2017

Respectfully submitted,

FELDMAN & LEE, P.S.

__/s/ Brandon M. Feldman_____
Brandon M. Feldman, WSBA#36190
604 W. Meeker Street, Suite 206
Kent, WA 98032
Phone: (253) 859-2488
Fax: (253) 859-2295
Email: brandon.feldman@feldmanlee.com

*Attorneys for Plaintiffs and the Proposed Class*

IT IS SO ORDERED THIS 4 DAY OF February, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

H0062313.